LAURA MARÍA PÉREZ, representada por su madre MARÍA A. VDA. DE PÉREZ, demandante y apelante, *v.* THE WHITE STAR BUS LINE, INC., demandada y apelada.

No. 6334.—*Sometido:* Febrero 6, 1935.—*Resuelto:* Marzo 19, 1935.

Se trata de un pleito de daños y perjuicios ocasionados al una guagua de la demandada arrollar a la niña Laura María Pérez en los momentos en que ésta cruzaba la Avenida Ponce de León, parada 26½. La corte inferior declaró la demanda sin lugar al concluir que se trataba de un hecho casual, desgraciado e inevitable, y, no conforme la demandante, apeló para ante esta Corte Suprema.

Por los errores señalados, todo se reduce a si la corte inferior apreció o no bien la evidencia, dependiendo la ley aplicable de esa apreciación. Estando convencido dicho Tribunal del estudio del caso en su totalidad de que la conclusión a que llegó la corte inferior no podía ni debía alterarse, y siendo ése el resultado del examen y del juicio de dicho Tribunal, se confirmó la sentencia recurrida.